UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 1 0 2001
by _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) NO. 3:01-00148<br>) |
| HERBERT DENNIS FRANKLIN | ) 26 U.S.C. § 7206(1)<br>) |

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about October 12, 1995, in the Middle District of Tennessee and elsewhere, the defendant, **HERBERT DENNIS FRANKLIN**, then being a resident of Franklin, Tennessee, did willfully make and subscribe to a married, filing jointly amended U.S. Individual Income Tax Return (Form 1040X) for the calendar year 1993, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, Memphis, Tennessee Service Center, which said married, filing jointly amended U.S. Individual Income Tax Return (Form 1040X) he did not believe to be true and correct as to every material matter in that on said return he reported an adjusted gross income of Fifty Thousand Nine Hundred and Twenty-Three Dollars ($50,923.00), whereas, as the defendant, **HERBERT DENNIS FRANKLIN**, then and there well knew and believed, he should have

reported an adjusted gross income of approximately One Hundred Sixty-Five Thousand Seven Hundred and Fourteen Dollars ($165,714.00).

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The Grand Jury further charges:

On or about October 13, 1995, in the Middle District of Tennessee and elsewhere, the defendant, **HERBERT DENNIS FRANKLIN**, then being a resident of Franklin, Tennessee, did willfully make and subscribe to a married, filing jointly U.S. Individual Income Tax Return (Form 1040) for the calendar year 1994, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, Memphis, Tennessee Service Center, which said married, filing jointly U.S. Individual Income Tax Return (Form 1040) he did not believe to be true and correct as to every material matter in that on said return he reported an adjusted gross income of Sixty-Four Thousand Eight Hundred and Ninety-Three Dollars ($64,893.00), whereas, as the defendant, **HERBERT DENNIS FRANKLIN**, then and there well knew and believed, he should have reported an adjusted gross income of approximately One Hundred Thirty-Eight Thousand Six Hundred and Sixty-Three Dollars ($138,663.00).

2

Case 3:01-cr-00148    Document 1    Filed 10/10/01    Page 2 of 4 PageID #: 2

In violation of Title 26, United States Code, Section 7206(1).

## COUNT THREE

The Grand Jury further charges:

On or about April 15, 1996, in the Middle District of Tennessee and elsewhere, the defendant, **HERBERT DENNIS FRANKLIN**, then being a resident of Franklin, Tennessee, did willfully make and subscribe to a married, filing jointly U.S. Individual Income Tax Return (Form 1040) for the calendar year 1995, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, Memphis, Tennessee Service Center, which said married, filing jointly U.S. Individual Income Tax Return (Form 1040) he did not believe to be true and correct as to every material matter in that on said return he reported an adjusted gross income of Seventy Six Thousand Three Hundred and Fifteen Dollars ($76,315.00), whereas, as the defendant, **HERBERT DENNIS FRANKLIN**, then and there well knew and believed, he should have reported an adjusted gross income of approximately One Hundred Seventy-Six Thousand Six Hundred and Seventy-One Dollars ($176,671.00).

In violation of Title 26, United States Code, Section 7206(1).

## COUNT FOUR

The Grand Jury further charges:

On or about June 13, 1997, in the Middle District of Tennessee and elsewhere, the defendant, **HERBERT DENNIS FRANKLIN**, then being a resident of Franklin, Tennessee, did willfully make and subscribe to a married, filing jointly U.S. Individual Income Tax Return (Form 1040) for the calendar year 1996, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, Memphis, Tennessee Service Center, which said married, filing jointly U.S. Individual Income Tax Return (Form 1040) he did not believe to be true and correct as to every material matter in that on said return he reported an adjusted gross income of Sixty-One Thousand Eight Hundred and Fifty-Two Dollars ($61,852.00), whereas, as the defendant, **HERBERT DENNIS FRANKLIN**, then and there well knew and believed, he should have reported an adjusted gross income of approximately One Hundred Eighty-Seven Thousand Eight Hundred and Seventy Dollars ($187,870.00).

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

FOREPERSON

RICHARD F. CLIPPARD
UNITED STATES ATTORNEY

4